In the Matter of the Claim of ANDREW RUTTERSCHMIDT, Respondent, v. RUDOLPH WOLFF, Doing Business as WOLFF'S PASTRY SHOP, et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ., concur.